**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **KATIE MOUNTAIN**, | ) | |
| **JENNIFER ALBERT**, | ) | |
| **MICHAELA SARGENT,** and | ) | |
| **DANIELLE FOSTER,** | ) | **PLAINTIFFS' MOTION TO** |
| | ) | **AMEND COMPLAINT** |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| **RANDALL LIBERTY**, Commissioner | ) | **Docket No. 2:26-cv-00172-JAW** |
| Maine Department of Corrections | ) | |
| | ) | |
| **BEN BEAL**, Warden | ) | |
| Maine Correctional Center, and | ) | |
| | ) | |
| **ANDREW BALCER**, | ) | |
| | ) | |
| Defendants | ) | |

Plaintiffs through counsel move pursuant to Rule 15(a)(2) to further amend their complaint to add additional plaintiffs Stacy Clayton, Tia Ludwick, Katelynn Dubois, Alison Furman, and Devyn Austin, female inmates at the Maine Correctional Center who's federal and state civil rights are being or have been violated by defendants, because justice so requires. Starting a second lawsuit with essentially the same claims against the same defendants does not make sense and amending the complaint at this stage does not unfairly prejudice the defendants.

In addition, plaintiffs seek to amend their complaint to sue as representatives of a class pursuant to Rule 23 of the Federal Rules of Civil Procedure because there is numerosity, commonality, typicality, adequacy of representation and all plaintiffs seek injunctive and/or declaratory relief.

WHEREFORE plaintiffs respectfully request an order granting leave to further amend their complaint.

Dated July 12, 2026

/s/ *Cynthia A. Dill*
Cynthia A. Dill
Attorney for Plaintiffs
Maine Bar # 7055

The Law Office of Cynthia Dill
1227 Shore Road
Cape Elizabeth, Maine 04107
207-747-4172
cynthia@dillesquire.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2026, I electronically filed this Motion to Amend Complaint using the CM/ECF system, which will send notification of such filing to all counsel of record.

I hereby certify I sent a copy of the Motion to Amend to Defendant Balcer via US Mail to Maine Correctional Center, 17 Mallison Falls Road, Windham, Maine 04062

Dated July 12, 2026

/s/ *Cynthia A. Dill*
Cynthia A. Dill, Esq.
Attorney for Plaintiff
Maine Bar #7055