UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

AUG 27 2026

JENNIFER P. LYONS, CLERK
BY
DEPUTY CLERK

KATIE MOUNTAIN, JENNIFER ALBERT,
MICHAELA SARGENT, DANIELLE FOSTER
PLAINTIFFS

V. DOCKET NO. 2:26-CV-00172-JAW

RANDALL LIBERTY, BEN BEAL
ANDREA BALLER
DEFENDANTS

# ANSWER

DEFENDANT ANDREA BALLER ANSWERS THE PLAINTIFFS' COMPLAINT AS FOLLOWS:

1. DEFENDANT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 8(b)(3), GENERALLY DENIES ALL ALLEGATIONS BROUGHT FORTH BY THE PLAINTIFFS' COMPLAINT

## DEFENSES

WITHOUT WAIVING THE RIGHT TO ADDITIONAL DEFENSES, DEFENDANT ASSERTS THE FOLLOWING DEFENSES TO THE COMPLAINT:

1. NAMES OF PARTIES: PLAINTIFFS REFER TO DEFENDANT AS "ANDREW" THROUGHOUT THE COMPLAINT. HOWEVER, ON JUNE 17TH, 2019, KNOX COUNTY PROBATE COURT, UNDER REGISTER OF PROBATE ELAINE D. HALLETT, CHANGED THE DEFENDANT'S NAME FROM "ANDREW TANEY BALLER" TO "ANDREA BALLER" LEGALLY AND PERMANENTLY UNDER DOCKET NUMBER 2019-0109.

2. ANDREA BALLER HAS BEEN, AT MOST, 250 LBS, NOT THE 310LBS AS STATED IN PARAGRAPH 7.

3. THE "FACTUAL" ALLEGATIONS PRESENTED BY THE PLAINTIFFS ARE, IN REALITY, NOTHING MORE THAN FALSE HEARSAY AND TRANSPHOBIC RHETORIC PERPETUATED BY INDIVIDUALS ONLY LOOKING TO MAKE MONEY OFF THE STATE OF MAINE

4. THE CLAIMS OF THE PLAINTIFFS WERE INVESTIGATED BY THE MAINE DEPARTMENT OF CORRECTIONS, AND THERE WAS NO EVIDENCE WHATSOEVER SUPPORTING THEIR CLAIMS

DATE: 8/23/2026 PRINTED NAME: ANDREA BALLER
ADDRESS: 17 MALLISON FALLS ROAD SIGNED NAME: [signature]
WINDHAM, ME 04062

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 23RD DAY OF AUGUST, 2026, I PLACED THE FOREGOING ANSWER INTO THE INSTITUTIONAL MAIL SYSTEM AT MAINE CORRECTIONAL CENTER FOR MAILING VIA FIRST CLASS MAIL ADDRESSED TO THE CLERK OF COURT FOR THE DISTRICT OF MAINE AND A TRUE COPY WAS MAILED DIRECTLY TO THE PLAINTIFFS' ATTORNEY OF RECORD AT THE FOLLOWING ADDRESS:

CYNTHIA A. DILL, ESQ
THE LAW OFFICE OF CYNTHIA DILL
1227 SHORE ROAD
CAPE ELIZABETH, ME 04107