ANDREA BALCER #156584
MAINE CORRECTIONAL CENTER
17 Mallison Falls Road • Windham, ME 04062

NEOPOST
08/24/2026
US POSTAGE
$000.78⁰
FIRST-CLASS MAIL
IMI
ZIP 04062
041M11285584

CLERK OF COURT
EDWARD T. GIGNOUX UNITED STATES COURTHOUSE
156 FEDERAL STREET
PORTLAND, ME 04101

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

AUG 27 2026

JENNIFER P. LYONS. CLERK

BY________________________
DEPUTY CLERK

USMS ME

This correspondence is forwarded from the Maine Correctional Center. The contents have not been evaluated and the Maine Correctional Center is not responsible for the substance or content of the enclosed communication.

☆ LEGAL MAIL ☆

0410184168 C023